IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 13619

In the Matter of MARK J. SCHULTZ,
*Respondent.*

ORDER OF DISBARMENT

In a letter signed May 17, 2017, addressed to the Clerk of the Appellate Courts, respondent Mark J. Schultz, an attorney admitted to the practice of law in Kansas, voluntarily surrendered his license to practice law in Kansas, pursuant to Supreme Court Rule 217 (2017 Kan. S. Ct. R. 260).

At the time the respondent surrendered his license, one complaint had been docketed by the office of the Disciplinary Administrator for investigation. The complaint alleged that the respondent violated Kansas Rules of Professional Conduct 1.15 (safekeeping property) (2017 Kan. S. Ct. R. 326) and 8.4(b) and (c) (misconduct) (2017 Kan. S. Ct. R. 379).

This court, having examined the files of the office of the Disciplinary Administrator, finds that the surrender of the respondent's license should be accepted and that the respondent should be disbarred.

IT IS THEREFORE ORDERED that Mark J. Schultz be and he is hereby disbarred from the practice of law in Kansas, and his license and privilege to practice law are hereby revoked.

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts strike the name of Mark J. Schultz from the roll of attorneys licensed to practice law in Kansas.

1

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2017 Kan. S. Ct. R. 262).

Dated this 31st day of May, 2017.